# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CIVIL ACTION NO. 5:05CV257

PATRICIA R. WARLICK )
)
Plaintiff, )
)
vs. ) **CONSENT ORDER**
) **MODIFYING PRETRIAL ORDER AND**
) **CASE MANAGEMENT PLAN**
THE PRUDENTIAL INSURANCE )
COMPANY OF AMERICA, )
)
Defendants. )
)

Based upon the mutual agreement of the parties as evidenced by the signatures of their attorney hereto the undersigned does hereby enter the following Order modifying that Pretrial Order and Case Management Plan previously entered here January 27, 2006.

### Paragraph 1. H. Expert Witnesses
### is modified as follows:

The Plaintiff shall provide reports from its expert witnesses pursuant to Rule 26 (a) (2) by June 1, 2006. Defendant shall provide reports from its expert witnesses by July 1, 2006. Supplementation per Rule 26 (e) shall be due within thirty (30) days after obtaining applicable information.

Signed: _April 11,_ , 2006

_____
David C. Keesler
United States Magistrate Judge

**CONSENTED TO:**

_____
Edmund L. Gaines
HOMESLEY, JONES, GAINES & DUDLEY
Attorneys for the Plaintiff

_____
Mark W. Bakker
Wyche Burgess Freeman & Parham, P. A.
Attorneys for the Defendant